No. 94–9165. McCALL v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. ■

No. 94–9166. BOOTHE v. EQUIFAX CREDIT INFORMATION SERVICES. C. A. 11th Cir. Certiorari denied.

No. 94–9167. ATKINS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–9169. BENTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9175. ROAQUIN v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 94–9177. PUDDER, AKA CROMAR v. IRWIN ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–9184. WALKER v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 94–9185. KYONG SIK KIM v. VIRGINIA ET AL. Sup. Ct. Va. Certiorari denied.

No. 94–9187. WANLESS v. PARKS ET AL. Sup. Ct. Okla. Certiorari denied.

No. 94–9189. GOYNES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–9191. DAVIS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–9195. THAYER v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 94–9211. ALEXANDER v. MACOUBRIE ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–9212. ARTEAGA v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.